# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRIENA WHEELER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KIMBALL TIREY & ST. JOHN, LLP,<br>and EL CAJON FIRST STREET<br>PARTNERS GROUP, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-1632 JLS (MDD)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

　　Presently before the Court is the Complaint filed by Plaintiff Katriena Wheeler (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

　　**IT IS SO ORDERED.**

Dated: October 24, 2022

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge