UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRIENA WHEELER, <br><br> Plaintiff, <br><br> v. <br><br> KIMBALL TIREY & ST. JOHN, LLP, *et al.*. <br><br> Defendants. | Case No. 22-cv-1632-BAS-MDD <br><br> **ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(ECF No. 7)** |

Before the Court is the parties' second joint request for an extension of Defendants' deadline to respond to the Complaint (ECF No. 1). (Second Joint Mot., ECF No. 7.) Initially, Defendants' deadline to respond to the Complaint was November 11, 2022. After jointly moving for a 21-day extension, the Court pushed that deadline back to December 2, 2022 based upon the parties' representation that an extension would promote the prospect of out-of-court resolution. (ECF Nos. 5–6.)

Now the parties seek a second extension, this time for 7 days. (Second Joint Mot.) They aver more time is needed for Defendants' recently retained counsel to investigate the facts of the case and for the parties to further explore informal resolution of this matter without further litigation or involvement of the Court. (*Id.* at 2.) Having reviewed the parties' submission, the Court finds that good cause supports the proposed extension.

Accordingly, the Second Joint Motion is **GRANTED,** and Defendants are **ORDERED** to respond to the Complaint **by no later than December 9, 2022**.

      **IT IS SO ORDERED.**

**DATED: December 1, 2022**

Hon. Cynthia Bashant
United States District Judge